ACCEPTED
12-14-00015-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/18/2015 4:20:50 PM
CATHY LUSK
CLERK

No. 12-14-00015-CV

In the

Twelfth Court of Appeals

Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/18/2015 4:20:50 PM
CATHY S. LUSK
Clerk

**In re Max B. Hanson, Relator**

---

**Unopposed Motion to Lift Abatement**

---

This mandamus proceeding began in January of 2014 and was fully briefed by the following month. Last week, the Court abated the proceeding, for thirty days, because of a change in sitting judges on the trial court. Owing to subsequent events, the abatement is no longer necessary.

Because the current presiding judge in the Angelina County Court at Law No. 1, Honorable Joe Register, was once a lawyer on the case, Judge Register has asked the Administrative Judge of the Region to appoint a visiting judge. Yesterday, the Administrative Judge assigned Judge Robert Inselmann to the case. *See* attached order of assignment. Because Judge Inselmann is also the judge who signed the order under review, the principle requiring abatement – the rule that mandamus not be

ordered against a judge who has had no opportunity to rule upon the matter – no longer applies.

The abatement has served its purpose. The parties' divorce proceeding, filed back in 2012, needs to be concluded expeditiously. And the best means of doing that is by lifting the abatement and deciding the mandamus on its merits.

## Certificate of Conference

Jimmy Cassels, counsel for the real party in interest, Marie Hanson, states that the requested relief is unopposed.

## Conclusion and Prayer

For the reasons stated above, Relator, without opposition, requests that the Court lift the abatement of this proceeding and, upon doing so, proceed to decide the mandamus on its merits.

Respectfully submitted,

_/s/ Greg Smith_

GREG SMITH
Bar No. 18600600
NOLAN SMITH
Bar No. 24075632
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
gsmith@rameyflock.com
nolan@rameyflock.com

Jerry Bain
Bar No. 01548000
BAIN, FILES, JARRETT,
   BAIN & HARRISON, PC
109 West Ferguson
Tyler, TX 75702
Telephone: (903) 595-3573
Facsimile: (903) 597-7322
jbain@bain-files.com

ATTORNEYS FOR RELATOR
MAX B. HANSON

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the following in accordance with the applicable Rules of Civil Procedure on this the 18th day of February, 2015.

**Via email – jacassels@consolidated.net**
Jimmy A. Cassels
Cassels & Reynolds, L.L.P.
117 E. Lufkin Ave.
Lufkin, TX 75901

_/s/ Greg Smith_
GREG SMITH



# Second Administrative Judicial Region of Texas

## Olen Underwood
### Presiding Judge

*Melanie Sipes*
*Administrative Assistant*

*Rebecca Brite*
*Administrative Assistant*

February 17, 2015

Gregory D Smith
VIA FACSIMILE
Fax : 903-597-2413

Jimmy A. Cassels
VIA FACSIMILE
Fax: 936-639-1939

## *NOTICE OF ASSIGNMENT*

The Honorable Robert Inselmann, Active Judge, 217th Judicial District Court, has been assigned to Cause No. DV-00731-12-01; 12-14-00015-CV; IN RE: MAX B. HANSON; County Court at Law No. 1 of Angelina County, Texas.

*Enclosure*

# THE STATE OF TEXAS

## SECOND ADMINISTRATIVE JUDICIAL REGION

## ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Texas Government Code, I hereby assign the Honorable **Robert Inselmann**, Active Judge, 217th Judicial District Court, to the **County Court at Law No. 1** of Angelina County, Texas.

This assignment begins the 17th day of February, 2015 and is for the primary purpose of hearing cases and disposing of any accumulated business requested by the court.

This assignment shall continue as may be necessary for the assigned Judge to dispose of any accumulated business and to complete trial of any case or cases begun during this assignment, and to pass on motions for new trial and all other matters growing out of accumulated business or cases heard before the Judge herein assigned, or until terminated by the Presiding Judge.

It is ordered that the Clerk of the Court to which this assignment is made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned Judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a prominent place in the public area of the Clerk's office. This posting shall constitute "Notice of Assignment" as required by Section 74.053, Texas Government Code.

Ordered this 17th of February, 2015.

Olen Underwood, Presiding Judge
Second Administrative Judicial Region

Attest:

Rebecca Brite
Administrative Assistant

Assignment # 26588